UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN BLOOD, | |
| Petitioner, | CASE NO. C08-316-RSL-JPD |
| v. | |
| KEN QUINN, | ORDER DENYING § 2254 PETITION |
| Respondent. | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is DENIED and this action is dismissed with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 22nd day of July, 2008.

Robert S. Lasnik
United States District Judge